IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Tate, Willie | Case Number: 07 B 24131 |
|---|---|---|
|  | Tate, Teresa | Judge: Goldgar, A. Benjamin |
|  | Printed: 8/19/08 | Filed: 12/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: July 25, 2008
Confirmed: February 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,882.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,767.02 |
| Trustee Fee: |  | 115.48 |
| Other Funds: |  | 0.00 |
| Totals: | 1,882.50 | 1,882.50 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,501.50 | 1,767.02 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | National Auto Finance Inc | Secured | 0.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 4,000.00 | 0.00 |
| 5. | Wells Fargo Financial Illinois Inc | Unsecured | 303.52 | 0.00 |
| 6. | Capital One | Unsecured | 207.45 | 0.00 |
| 7. | Wells Fargo Financial Bank | Unsecured | 895.11 | 0.00 |
| 8. | Macy's | Unsecured | 68.56 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 144.79 | 0.00 |
| 10. | Target National Bank | Unsecured | 49.93 | 0.00 |
| 11. | World Financial Network Nat'l | Unsecured | 82.96 | 0.00 |
| 12. | World Financial Network Nat'l | Unsecured | 161.26 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 212.69 | 0.00 |
| 14. | Wells Fargo Financial Bank | Unsecured | 697.21 | 0.00 |
| 15. | World Financial Network Nat'l | Unsecured | 51.63 | 0.00 |
| 16. | World Financial Network Nat'l | Unsecured | 205.27 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 78.68 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 84.95 | 0.00 |
| 19. | Target National Bank | Unsecured | 75.33 | 0.00 |
| 20. | Wells Fargo Financial Bank | Unsecured | 778.19 | 0.00 |
| 21. | Bass & Associates | Unsecured | 67.66 | 0.00 |
| 22. | Resurgent Capital Services | Unsecured | 813.40 | 0.00 |
| 23. | Resurgent Capital Services | Unsecured | 119.67 | 0.00 |
| 24. | Portfolio Recovery Associates | Unsecured | 140.65 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 611.33 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tate, Willie
Tate, Teresa
Printed: 8/19/08

Case Number: 07 B 24131
Judge: Goldgar, A. Benjamin
Filed: 12/21/07

| | | | | |
|---|---|---|---|---|
| 26. | ECast Settlement Corp | Unsecured | 113.07 | 0.00 |
| 27. | ECast Settlement Corp | Unsecured | 124.30 | 0.00 |
| 28. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 29. | AFNI | Unsecured | | No Claim Filed |
| 30. | Arizona Mail House | Unsecured | | No Claim Filed |
| 31. | MCYDSNB | Unsecured | | No Claim Filed |
| 32. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 33. | Radio Shack | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,589.11 | $ 1,767.02 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 33.89 |
| 6.5% | 81.59 |
| | _____ |
| | $ 115.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

